# UNITED STATES DISTRICT COURT

## DISTRICT OF COLORADO

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE**<br>(For **Revocation of Supervised Release**) |
| v. | Case Number:  04-cr-00264-WYD-01 |
| | USM Number:  32722-013 |
| PATRICK NEIL CREECH | Richard D. Irvin, Appointed<br>(Defendant's Attorney) |

**THE DEFENDANT:** Admitted guilt to violations 1, 2, 3, 4, 5, 6, 7, 8, and 9, as alleged in the probation officer's petition.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Possession and Use of a Controlled Substance | 3/6/06 |
| 2 | Possession and Use of a Controlled Substance | 3/22/06 |

The defendant is sentenced as provided in pages 2 through 10 of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

It is further ordered that the Addendum to this judgment, which contains the defendant's social security number, residence address and mailing address, shall be withheld from the court file and retained by the United States Probation Department.

July 20, 2007
Date of Imposition of Judgment

s/ Wiley Y. Daniel
Signature of Judge

Wiley Y. Daniel, U.S. District Judge
Name & Title of Judge

August 9, 2007
Date

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 3 | Possession and Use of a Controlled Substance | 3/30/06 |
| 4 | Possession and Use of a Controlled Substance | 5/2/06 |
| 5 | Failure to Participate in Drug Treatment as Directed by the Probation Officer (Urinalysis): | 5/16/06 |
| 6 | Failure to Participate in Drug Treatment as Directed by the Probation Officer (Counseling) | 5/17/06 |
| 7 | Failure to Report to the Probation Officer as Directed | 5/15/06 |
| 8 | Failure to Submit Written Reports | 5/2006 |
| 9 | Violation of Law | 5/1/06 |

DEFENDANT:  PATRICK NEIL CREECH
CASE NUMBER:  04-cr-00264-WYD-01                                                            Judgment-Page 3 of 10

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 12 months to be served (consecutive to the sentence imposed in 06-cr-00371-WYD-01).  No supervision following term of imprisonment.

The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By_____
Deputy United States Marshal

DEFENDANT:  PATRICK NEIL CREECH
CASE NUMBER:  04-cr-00264-WYD-01                                                                 Judgment-Page 4 of 10

## MONETARY OBLIGATIONS

The defendant must pay total monetary obligations under the schedule of payments set forth below.

| Count | Assessment | Fine | Restitution |
|---|---|---|---|
| 1 | $100.00 | $0.00 | $23,167.74 |
| **TOTALS** | $100.00 | $0.00 | $23,167.74 |

The defendant must make restitution (including community restitution) to the following payees in the amount listed below.  If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below.  However, pursuant to 18 U.S.C. § 3664(I), all nonfederal victims must be paid before the United States is paid.

| Name of Payee | * Total Loss | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
| Callie Glover (address withheld) | $240.17 | $240.17 | |
| Bank One/First USA Attn:  Recoveries PO Box 2300 Elgin, IL 60121 Ref. Account 37098151398743 | $250.00 | $250.00 | |
| Capitol One PO Box 85582 Richmond, VA 23260 Ref: 1411140622 | $170.03 | $170.03 | |
| Comp USA Loss Prevention Attn:  Val Pruder 14951 N. Dallas Parkway Dallas, TX  75254 Attn:  Restitution | $2,022.43 | $2,022.43 | |

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18, United States Code, for offenses committed on or after September 13, 1994 but before April 23, 1996.

DEFENDANT: PATRICK NEIL CREECH
CASE NUMBER: 04-cr-00264-WYD-01                                                                 Judgment-Page 5 of 10

| Name of Payee | * Total Loss | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
| ENT Federal Credit Union<br>Loss Prevention<br>7250 Campus Drive<br>Colorado Springs, CO 80920<br>Ref: SACU Account 0032642670 | $1,900.00 | $1,900.00 | |
| First National Bank-Strasburg<br>PO Box 536<br>Strasburg, CO 80136<br>Ref: Account 50015843 | $5,379.36 | $5,379.36 | |
| Home Depot<br>Corporate Security<br>Attn: Nancy Brassfield<br>2455 Pacesferry Road NW<br>Atlanta, GA 30339<br>Ref: Account 0136787103 | $570.00 | $570.00 | |
| Home Depot<br>Corporate Security<br>Attn: Nancy Brassfield<br>2455 Pacesferry Road NW<br>Atlanta, GA 30339<br>Ref: Account 5000112 | $865.54 | $865.54 | |
| King Soopers<br>65 Tejon Street<br>PO Box 5567<br>Denver, CO 80217<br>Attn: Fraud, CSNB<br>Account 062154 | $489.76 | $489.76 | |

    * Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18, United States Code, for offenses committed on or after September 13, 1994 but before April 23, 1996.

DEFENDANT:  PATRICK NEIL CREECH
CASE NUMBER:  04-cr-00264-WYD-01                                                              Judgment-Page 6 of 10

| Name of Payee | * Total Loss | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
| King Soopers<br>65 Tejon Street<br>PO Box 5567<br>Denver, CO 80217<br>Attn: Fraud, ENT FCU<br>Account 136787 | $569.35 | $569.35 | |
| King Soopers<br>65 Tejon Street<br>PO Box 5567<br>Denver, CO 80217<br>Attn: Fraud, SSFC<br>Account 4276441071 | $411.69 | $411.69 | |
| K-Mart<br>3100 West Big Beaver Road<br>Troy, MI 48084<br>Attn: Loss Prevention<br>Ref: ENT FCU Account 136787 | $217.70 | $217.70 | |
| Liberty Savings Bank<br>120 W. Second Street, Suite 232<br>Dayton, OH 45402<br>Attn: Corporate Security<br>Ref: Account 5754005210 | $2,113.32 | $2,113.32 | |
| Loaf-N-Jug Stores<br>c/o Kroger's, Inc.<br>65 Tejon Street<br>PO Box 5567<br>Denver, CO 80217<br>Attn: Fraud, ENT FCU Account 136787 | $82.82 | $82.82 | |

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18, United States Code, for offenses committed on or after September 13, 1994 but before April 23, 1996.

DEFENDANT:  PATRICK NEIL CREECH
CASE NUMBER:  04-cr-00264-WYD-01                                              Judgment-Page 7 of 10

| Name of Payee | * Total Loss | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
| Loaf-N-Jug Stores<br>c/o Kroger's, Inc.<br>65 Tejon Street<br>PO Box 5567<br>Denver, CO 80217<br>Attn: Fraud, Pueblo Bank and Trust Account | $55.31 | $55.31 | |
| Lowe's<br>2945 New Center Point<br>Colorado Springs, CO 80922<br>Attn: Loss Prevention<br>Ref: US Bank Account 5000112 | $254.30 | $254.30 | |
| Office Max<br>3605 Warrensville Centre Road<br>Beachwood, OH 44122<br>Attn: Corporate Security<br>Ref: US Bank Account 5000112 | $81.67 | $81.67 | |
| Radio Shack<br>200 Taylor Street, Suite 600<br>Ft. Worth, TX 76102<br>Attn: Corporate Security<br>Ref: US Bank Account 5000112 | $212.77 | $212.77 | |
| Super Target<br>3810 Bloomington Street<br>Colorado Springs, CO 80922<br>Attn: Loss Prevention<br>Ref: US Bank Account 5000112 | $144.87 | $144.87 | |

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18, United States Code, for offenses committed on or after September 13, 1994 but before April 23, 1996.

DEFENDANT:  PATRICK NEIL CREECH
CASE NUMBER:  04-cr-00264-WYD-01                                                            Judgment-Page 8 of 10

| **Name of Payee** | **\* Total Loss** | **Restitution Ordered** | **Priority or Percentage** |
|---|---|---|---|
| US Bancorp/US Bank<br>2555 S. Colorado Blvd., Suite 30<br>Denver, CO 80222<br>Attn: Mark Fix, Corporate Security Investigations<br>Ref: Account 1036-5523-8253 | $1,158.67 | $1,158.67 | |
| Wal-Mart Stores, Inc.<br>PO Box 1125<br>Lowell, AR 72745-1125<br>Attn: Fraud, CSNB Account 062154 | $873.39 | $873.39 | |
| Wal-Mart Stores, Inc.<br>PO Box 1125<br>Lowell, AR 72745-1125<br>Attn: Fraud, ENT FCU Account 136787 | $2,987.46 | $2,987.46 | |
| Wal-Mart Stores, Inc.<br>PO Box 1125<br>Lowell, AR 72745-1125<br>Attn: Fraud, SSFC Account 4276441071 | $370.73 | $370.73 | |
| Wells Fargo Bank<br>Corporate Security<br>100 West Washington<br>Phoenix, AZ 85072<br>Ref: Account 0193120086 | $656.48 | $656.48 | |
| Wells Fargo Bank<br>Corporate Security<br>100 West Washington<br>Phoenix, AZ 85072<br>Ref: Account 0735847162193120086 | $941.47 | $941.47 | |

\* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18, United States Code, for offenses committed on or after September 13, 1994 but before April 23, 1996.

DEFENDANT:  PATRICK NEIL CREECH
CASE NUMBER:  04-cr-00264-WYD-01                                              Judgment-Page 9 of 10

| Name of Payee | * Total Loss | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
| World Savings Bank<br>2101 East Arapahoe Road<br>Centennial, CO 80122<br>Attn: Steve Linstrom<br>AVP/Division Security Manager<br>Ref: Account 4778-1905-1030-9801 | $148.45 | $148.45 | |
| **TOTALS** | **$23,167.74** | **$23,167.74** | |

Restitution amount ordered pursuant to plea agreement: . . . . . $23,167.74

The defendant is ordered to pay the $75.00 still owing on the special assessment and $23,167.74 still owing on the restitution amount.

Interest on the restitution obligation will be waived, upon the court's finding that the defendant does not have the ability to pay interest.

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18, United States Code, for offenses committed on or after September 13, 1994 but before April 23, 1996.

DEFENDANT:  PATRICK NEIL CREECH
CASE NUMBER:  04-cr-00264-WYD-01                                                              Judgment-Page 10 of 10

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total monetary obligations is due as follows:

The defendant shall pay the balance owing of $75.00 on the special assessment and the balance owing of restitution in the amount of $23,167.74.

All monetary obligation payments, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court, unless otherwise directed by the court, the probation officer, or the United States Attorney.

The defendant shall receive credit for all payments previously made toward any monetary obligations imposed.

Payments shall be applied in the following order:  (1) special assessment, (2) restitution principal, (3) fine principal, (4) fine interest, (5) community restitution, (6) penalties.